IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARRETT SNOOK, SHARON M. SNOOK, GS OWL CREEK INVESTMENTS LLC, GSTD PARTNERS, GSTD INVESTORS, INC., ANDREW P. BARTON, ANN BARTON, APB SANDERS INVESTMENTS LLC, REEDS INVESTMENTS PARTNERS, REEDS SANDERSON INVESTORS, INC., JOHN BERTSCH, EILEEN BERTSCH, JRB REEDS INVESTMENTS LLC, SANDERSON INVESTMENTS PARTNERS, SANDERSON REEDS INVESTORS, INC., DAVID PEASE, III, ELIZABETH D. PEASE, DP ROOKWOOD INVESTMENTS LLC, JMP MADISON INVESTMENTS LLC, DAVID H. PEASE, JR., DHP FIESTA INVESTMENTS LLC, ANTONIO P. BAUCHSBAUM, RICHARD A. BUCHSBAUM, APB BEECHTREE INVESTMENTS LLC, AB TWILIGHT INVESTMENTS LLC, LEONARD W. CAVENS, NANCY CAVENS, LC DEER PATH INVESTMENTS LLC, CB INVESTMENT PARTNERS, FAIRFIELD INVESTMENT PARTNERS, CB FAIRCHILD INVESTORS INC., FAIRFIELD OHIO INVESTORS INC., RICHARD W. MANN, DONNA D. MANN, RWM HIGH MEADOWS INVESTMENTS LLC, FNRM PARTNERS, and FNRM INVESTORS, INC., <br><br>            Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK AG, DEUTSCHE BANK SECURITIES, INC. d/b/a DEUTSCHE BANK ALEX BROWN, a division of DEUTSCHE BANK SECURITIES, INC., DAVID PARSE, SIDLEY AUSTIN BROWN & WOOD, LLP, R.J. RUBLE, SCHEEF & STONE, LLP, and GRADY DICKENS, <br><br>            Defendants. | CIVIL ACTION <br> NO. H-05-2694 |

## **ORDER OF REMAND**

For the reasons set forth in the Memorandum and Order signed this day, it is

ORDERED that this case is REMANDED to the 189th Judicial District Court of Harris County, Texas pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

The Clerk shall mail a certified copy of this Order to the Clerk of the 189th Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1447, and shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 17th day of January, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE